UNITED STATES of America,
Plaintiff-Appellee,

v.

Marcus PORTER, A.K.A. Dirt,
Defendant-appellant.

No. 16-17014
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(November 20, 2017)

Lindsay Feinberg, Michelle Lee Schieber, Danial Edward Bennett, U.S. Attorney's Office, Macon, GA, Michael J. Moore, U.S. Attorney, Pope McGlamry Kilpatrick Morrison & Norwood, PC, Atlanta, GA, for Plaintiff-Appellee

Kim Thomas Stephens, Law Offices of Kim T. Stephens, LLC, Athens, GA, for Defendant-Appellant

Marcus Porter, Pro Se

Before MARTIN, JULIE CARNES and JILL PRYOR Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues).